**Jerry J. KILPATRICK, Petitioner–Appellee,**

v.

**Samuel H. HOUSTON, Respondent–Appellant.**

No. 99–10862.

United States Court of Appeals, Eleventh Circuit.

Dec. 10, 1999.

William Wagner, Dept. of Justice, Gainesville, FL, Pamela A. Moine, Stephen P. Preisser, Pensacola, FL, for Respondent–Appellant.

Robert Nissen, Arlington, VA, for Petitioner–Appellee.

Before BLACK, Circuit Judge, and GODBOLD and FAY, Senior Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed for the reasons stated in its Order Granting Writ of Habeas Corpus, which is published at 36 F.Supp.2d 1328 (N.D.Fla.1999).

AFFIRMED.